No. 99–5209. LONGORIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5210. NELSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5211. LEONG *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 99–5212. JONES *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5214. KING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5215. LEWIS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–5216. ISRAEL *v.* COHN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5217. MILLER *v.* KELLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5218. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5219. JILES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–5220. JAMISON *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–5221. STEINDLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5222. FOWLE *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 99–5223. KEITHLEY *v.* HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–5224. FRENCH *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.